# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SAMSON RESOURCES CORP., | Case No. 15-11934 (BLS) |
| Debtors. | |
| _____ | |
| DIANE S. JONES, | |
| Appellant, | |
| v. | C. A. No. 20-725-RGA |
| SAMSON RESOURCES CORP., | Adv. Pro. No. 19-50381 (BLS) |
| Appellee. | |

## **RECOMMENDATION**

At Wilmington this **23rd** day of **June, 2020**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, Magistrate Judge Thynge reviewed the Memorandum Order of the Honorable Brendan L. Shannon dated May 26, 2020 to determine the appropriateness of mediation in this matter.  The Notice of Appeal was docketed on June 1, 2020.

WHEREAS, as a result of the above screening process, the Memorandum Order addresses issues that are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

WHEREAS, if no objections are filed to this Recommendation and the Court affirms this Recommendation, a scheduling order for briefing will need to be entered.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. The parties are advised they may file objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge